TWP. OF WYCKOFF v.
BRENDAN BYRNE, GOVERNOR OF THE STATE OF N. J.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. SAMMY WILSON.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROSE M. TRIVIGNO.

July 12, 1977. Petition for certification denied.

NELLIE MARTINEZ v. PAUL LAMBROS.

July 12, 1977. Petition for certification denied.

JOHN ALBERT TAYLOR v. THE PFAUDLER SYBRON CO.

July 12, 1977. Petition for certification denied. (See
150 N. J. Super. 48)

STATE OF NEW JERSEY v. FREDERICK GIBSON.

July 12, 1977. Petition for certification denied. (See
150 N. J. Super. 351)